

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-13-00270-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Shirley Hale **MATHIS**, Individually, and as Temporary Guardian of the Person of the Estate of
Carlos Y. Benavides, Jr., Jesus Guillen and Julio Garcia, Jr.,
Appellees

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011PB000081L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 5th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court